UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.   3:10cr43/MCR/EMT
   3:12cv20/MCR/EMT

DONELLE GULLEY
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 13, 2014.  (Doc. 552).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended motion to vacate, set aside, or correct sentence (doc. 476) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 12th day of August, 2014.

   *s/ M. Casey Rodgers*
   **M. CASEY RODGERS**
   **CHIEF UNITED STATES DISTRICT JUDGE**